# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## INFORMAL OPENING BRIEF OF APPELLANTS CHRISTOPHER ROSEMEIER, CHRISTOPHER HILLIARD, JONATHAN WELLS, AND CHARLES TAYLOR, JR.

No. 25-1165      Marvin Harris v. Christopher Rosemeier, et al.
7:22-cv-00582-JPJ-PMS

1. **Jurisdiction (for appellants/petitioners only)**

A. Name of court or agency from which review is sought:

United States District Court for the Western District of Virginia

B. Date(s) of order or orders for which review is sought:

Opinion and Order dated February 11, 2025

2. **Timeliness of notice of appeal or petition for review (for prisoners only)**
Exact date on which notice of appeal or petition for review was placed in institution's internal mailing system for mailing to court:


3. **Issues for Review**
Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.** Whether the District Court erred when it denied qualified immunity to Rosemeier, Hilliard, Wells, and Taylor.

**Supporting Facts and Argument.**

    See contemporaneously filed Memorandum in Support

4. **Relief Requested**
**Identify the precise action you want the Court of Appeals to take:**

Reverse the District Court's Order denying qualified immunity to Rosemeier, Hilliard, Wells, and Taylor and direct that summary judgment be entered in their favor.

_____
Signature
[Notarization Not Required]

Rosalie Pemberton Fessier, VSB #39030
Brittany E. Shipley, VSB # 93767
[Please Print Your Name Here]

## CERTIFICATE OF SERVICE
***************************

I certify that on May 5, 2025, I electronically filed this document with the Clerk of the Court using the CM/ECF system. I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

> Marvin Harris
> 700 Rife Road
> Apartment 10-A
> Waynesboro, VA 22980

_____
Signature